AARON GROSS, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

JULIETTA HARRIS, Respondent, v. HERMAN RAMAN, Appellant. WILLIAM WEISGERBER and Another, Defendants.— Motion for stay denied, with ten dollars costs. Ample provision for a stay will be found in section 598 of the Civil Practice Act. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (M. MILTON GEWERTZ).— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (ARTHUR L. HURLEY).— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of THERESA LESHIN for the Appointment of a Referee, etc., Respondent. MORRIS SCHNEIDER and PAULINE B. SCHNEIDER, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Judicial Settlement of Account of Proceedings of ROSE M. SPINELLA, as Administratrix, etc., of EMANUEL SPINELLA, Deceased. ROSE M. SPINELLA, Appellant; BARTOLO SPINELLA, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for Friday, June 15, 1928 (for which date the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. The printing of exhibits not contained in the printed record is dispensed with; the original exhibits to be presented upon the argument. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

MABEL F. ISQUITH, Respondent, v. JOHN H. ISQUITH, Appellant.— Motion to open default denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

EDMUND MOETZINGER, Respondent, v. MABEL WORTH, Appellant.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ISRAEL OLEET, Respondent, v. HARRIS RABINOWITZ REALTY COMPANY, INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. The attention of the moving party is called to the failure to comply with rule 12. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

WILLIAM S. PETTIT, Appellant, v. SOLWIN W. SMITH and Others, as Executors, etc., of ROBERT S. SMITH, Deceased, and Another, Respondents. (Appeals Nos. 1 and 2.) — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.